**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL DUTCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:26-cv-00692-MTS |
| | ) |
| CENTURION MEDICAL SERVICES, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## <u>MEMORANDUM AND ORDER</u>

Plaintiff has not opposed Defendants the Missouri Department of Corrections and Heather Cofer's Motion to Dismiss. Doc. [22]. Nor has he filed a motion with the Court for additional time to do so. *See* Fed. R. Civ. P. 6(b). Consistent with Local Rule 4.01(B), the Court warned Plaintiff that his failure to oppose the Motion could result in the Court deeming any opposition waived. *See* Doc. [31], [38]. The Court now deems Plaintiff's opposition waived. Dismissal is proper for that reason.[*] In addition, the Court will grant the Missouri Department of Corrections and Heather Cofer's Motion to Dismiss essentially for the reasons stated in their Motion and Memorandum in Support thereof.

---

[*] *See Thomas v. Walmart Stores, LLP*, 4:13-cv-0565-HEA, 2014 WL 117645, at *2 (E.D. Mo. Jan. 13, 2014) (construing failure to oppose a motion to dismiss as an abandonment of plaintiff's claims and collecting cases doing same); *Farraj v. Cunningham*, 659 F. App'x 925, 927 (9th Cir. 2016) (mem.) (affirming the district court's dismissal of plaintiff's complaint "based on his failure to oppose the motions to dismiss").

Accordingly,

**IT IS HEREBY ORDERED** that Defendants the Missouri Department of Corrections and Heather Cofer's Motion to Dismiss, Doc. [22], is **GRANTED**. The Court will enter herewith an Order of Partial Dismissal dismissing them from this action.

Dated this 16th day of July 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE